1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ALICIA LANDER | Case No: 12-cv-01867 TEH |
|---|---|
| PLAINTIFF, | [~~PROPOSED~~] ORDER GRANTING EXTENSION OF ADR COMPLETION DATE |
| v. | |
| HUNT & HENRIQUES; PORTFOLIO RECOVERY ASSOCIATES, LLC. | HON. THELTON E. HENDERSON |
| DEFENDANT. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the ADR completion deadline shall be extended to January 31, 2013.

Date: 09/25/2012 _____

HON. THELTON E. HENDERSON

