# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALICIA LANDER** <br><br> **PLAINTIFF,** <br><br> v. <br><br> **HUNT & HENRIQUES; PORTFOLIO RECOVERY ASSOCIATES, LLC.** <br><br> **DEFENDANT.** | Case No: 12-cv-01867 TEH <br><br> **[~~PROPOSED~~] ORDER GRANTING EXTENSION OF ADR COMPLETION DATE** <br><br> HON. THELTON E. HENDERSON |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the ADR completion deadline shall be extended to January 31, 2013.

Date: 09/25/2012  _____

_____
HON. THELTON E. HENDERSON



---
**[Proposed] Order**      - 1 of 1 -      12-CV-01867 TEH