1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LANDER,  | CASE NO.: 12-cv-01867-~~LB~~ TEH |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE** |
| vs. | |
| HUNT & HENRIQUES; PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendants. | |

1  The parties have stipulated and requested to continue the mediation
2  completion date in this action.  Good cause being shown, the mediation
3  completion date is hereby changed to March 29, 2013.
4
5  IT IS SO ORDERED.  Not further continuances shall be granted.
6
7  DATED: December _06_, 2012          By: _____
8                                              Hon. Thelton
                                              United States 
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LANDER V. HUNT & HENRIQUES, ET AL. (CASE NO.: 12-cv-01867-LB)
[PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE                   1