1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                                                         TEH
11   ALICIA LANDER,              )   CASE NO.: 12-cv-01867-~~LB~~
                                  )
12         Plaintiff,             )   ~~[PROPOSED]~~ **ORDER**
                                  )   **CONTINUING MEDIATION**
13                                )   **COMPLETION DATE**
14   vs.                          )
                                  )
15                                )
     HUNT & HENRIQUES;            )
16   PORTFOLIO RECOVERY           )
     ASSOCIATES, LLC,             )
17                                )
                                  )
18         Defendants.            )
     _____)
19
20
21
22
23
24
25
26
27
28

LANDER V. HUNT & HENRIQUES, ET AL. (CASE NO.: 12-cv-01867-LB)
[PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE

1 | The parties have stipulated and requested to continue the mediation
2 | completion date in this action.  Good cause being shown, the mediation
3 | completion date is hereby changed to March 29, 2013.
4 |
5 | IT IS SO ORDERED.  Not further continuances shall be granted.
6 |
7 | DATED: December _06_, 2012          By: _____
8 | Hon. Thelton E. Henderson
  | United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

---

LANDER V. HUNT & HENRIQUES, ET AL. (CASE NO.: 12-cv-01867-LB)
[PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE         1