1 | TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
2 | LINDSEY A. MORGAN (SBN 274214)
lmorgan@snllp.com
3 | SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
4 | San Francisco, CA 94104-4816
Telephone: (415) 283-1000
5 | Facsimile: (415) 352-2625

6 | Attorneys for defendants
Hunt and Henriques and
7 | Portfolio Recovery Associates, LLC

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

12 | ALICIA LANDER,           ) CASE NO.: 12-cv-01867-TEH
                             )
13 |         Plaintiff,       ) **STIPULATION AND JOINT**
                             ) **REQUEST TO CONTINUE**
14 |                          ) **SETTLEMENT CONFERENCE**
                             )
15 |     vs.                  )
                             ) Current date:   February 6, 2013
16 | HUNT & HENRIQUES;        ) Proposed date: April 10, 2013
    PORTFOLIO RECOVERY       )
17 | ASSOCIATES, LLC,         )
                             ) Magistrate Judge Kandis A. Westmore
18 |                          )
            Defendants.       )
19 |                          )
                             )

---

LANDER V. HUNT & HENRIQUES, ET AL. (CASE NO.: 12-cv-01867-TEH)
STIPULATION AND JOINT REQUEST TO CONTINUE SETTLEMENT CONFERENCE

The parties hereby stipulate and jointly request that the Court continue the settlement conference for this case.

The settlement conference is currently set for February 6, 2013. At the request of the parties, the Court recently continued the mediation completion deadline to March 29, 2013. The parties are working together in good faith to complete discovery in order to engage in a productive mediation session, and request that the settlement conference be rescheduled until after the mediation completion deadline. The parties hereby request a new settlement conference date of April 10, 2013, or another date thereafter convenient for the Court.

IT IS SO STIPULATED.

DATED: January 7, 2013　　　　　　　SIMMONDS & NARITA LLP
　　　　　　　　　　　　　　　　　　TOMIO B. NARITA
　　　　　　　　　　　　　　　　　　LINDSEY A. MORGAN

　　　　　　　　　　　　　　　　　　By:　s/Lindsey A. Morgan
　　　　　　　　　　　　　　　　　　　　Lindsey A. Morgan
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　Hunt & Henriques and Portfolio
　　　　　　　　　　　　　　　　　　　　Recovery Associates, LLC


DATED: January 7, 2013　　　　　　　HYDE & SWIGART
　　　　　　　　　　　　　　　　　　ROBERT L. HYDE
　　　　　　　　　　　　　　　　　　JOSHUA B. SWIGART
　　　　　　　　　　　　　　　　　　DESIREE D. NGUYEN

　　　　　　　　　　　　　　　　　　By:　s/Joshua B. Swigart
　　　　　　　　　　　　　　　　　　　　Joshua B. Swigart
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Alicia Lander
　　　　　　　　　　　　　　　　　　　　*(Authorized to electronically file 1/7/2013)*

1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9      NORTHERN DISTRICT OF CALIFORNIA
10
11 ALICIA LANDER,                  ) CASE NO.: 12-cv-01867-TEH
                                   )
12         Plaintiff,              )
                                   ) **[PROPOSED] ORDER**
13                                 ) **CONTINUING SETTLEMENT**
                                   ) **CONFERENCE**
14    vs.                          )
                                   )
15                                 )
   HUNT & HENRIQUES;               )
16 PORTFOLIO RECOVERY              )
   ASSOCIATES, LLC,                )
17                                 )
                                   )
18         Defendants.             )
                                   )
19
20
21
22
23
24
25
26
27
28

LANDER V. HUNT & HENRIQUES, ET AL. (CASE NO.: 12-cv-01867-TEH)
[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

1 | The parties have stipulated and requested to continue the settlement
2 | conference in this action.  Good cause being shown, the settlement conference is
3 | hereby continued to April 10, 2013.
4 |
5 | IT IS SO ORDERED.
6 |
7 | DATED: January __8__, 2013     By: _____/s/ Kandis Westmore_____
8 |                                    Hon. Kandis A. Westmore
                                       United States Magistrate Judge