TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
LINDSEY A. MORGAN (SBN 274214)
lmorgan@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Attorneys for defendants
Hunt and Henriques and
Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LANDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HUNT & HENRIQUES;<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br><br>　　　　Defendants. | CASE NO.: 12-cv-01867-TEH<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Current date:　February 6, 2013<br>Proposed date: April 10, 2013<br><br>Magistrate Judge Kandis A. Westmore |

LANDER V. HUNT & HENRIQUES, ET AL. (CASE NO.: 12-cv-01867-TEH)
STIPULATION AND JOINT REQUEST TO CONTINUE SETTLEMENT CONFERENCE

1 | The parties hereby stipulate and jointly request that the Court continue the
2 | settlement conference for this case.
3 | The settlement conference is currently set for February 6, 2013.  At the
4 | request of the parties, the Court recently continued the mediation completion
5 | deadline to March 29, 2013.  The parties are working together in good faith to
6 | complete discovery in order to engage in a productive mediation session, and
7 | request that the settlement conference be rescheduled until after the mediation
8 | completion deadline.  The parties hereby request a new settlement conference date
9 | of April 10, 2013, or another date thereafter convenient for the Court.

11 | IT IS SO STIPULATED.

13 | DATED: January 7, 2013              SIMMONDS & NARITA LLP
                                        TOMIO B. NARITA
14 |                                     LINDSEY A. MORGAN

15 |                                     By:   s/Lindsey A. Morgan
                                              Lindsey A. Morgan
16 |                                           Attorneys for Defendants
                                              Hunt & Henriques and Portfolio
17 |                                           Recovery Associates, LLC

20 | DATED: January 7, 2013              HYDE & SWIGART
                                        ROBERT L. HYDE
                                        JOSHUA B. SWIGART
21 |                                     DESIREE D. NGUYEN

23 |                                     By:   s/Joshua B. Swigart
                                              Joshua B. Swigart
                                              Attorneys for Plaintiff
24 |                                           Alicia Lander
                                              *(Authorized to electronically file 1/7/2013)*

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  ALICIA LANDER,                    )  CASE NO.: 12-cv-01867-TEH
                                      )
12              Plaintiff,            )  **[PROPOSED] ORDER
                                      )  CONTINUING SETTLEMENT
13                                    )  CONFERENCE**
                                      )
14              vs.                   )
                                      )
15                                    )
    HUNT & HENRIQUES;                 )
16  PORTFOLIO RECOVERY                )
    ASSOCIATES, LLC,                  )
17                                    )
                                      )
18              Defendants.           )
                                      )
19
20
21
22
23
24
25
26
27
28

1 | The parties have stipulated and requested to continue the settlement
2 | conference in this action.  Good cause being shown, the settlement conference is
3 | hereby continued to April 10, 2013.
4 |
5 | IT IS SO ORDERED.
6 |
7 | DATED: January __8__, 2013      By: _/s/ Kandis Westmore_____
8 |                                     Hon. Kandis A. Westmore
                                        United States Magistrate Judge