Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Desiree D. Nguyen (SBN: 278811)
desiree@westcoastlitigation.com
**Hyde & Swigart**
605 Market St., Ste. 1200
San Francisco, CA 94105-3214
Telephone:   (415) 495-7770
Facsimile:    (415) 495-7773

Attorneys for Plaintiff,

Lindsey A. Morgan (SBN: 274214)
lmorgan@snllp.com
Tomio B. Narita (SBN: 156576)
tnarita@snllp.com
**Simmonds & Narita LLP**
44 Montgomery St., Ste. 3010
San Francisco, CA 94104
Telephone:   (415) 283-1000
Facsimile:    (415) 352-2625

Attorneys for Defendants,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LANDER<br><br>                    PLAINTIFF,<br><br>V.<br><br>HUNT & HENRIQUES; PORTFOLIO RECOVERY ASSOCIATES, LLC.<br><br>                    DEFENDANT. | **CASE NO: 12-CV-01867-TEH**<br><br>**JOINT MOTION TO REMOVE ACTION FROM ALTERNATIVE DISPUTE RESOLUTION PROGRAM**<br><br>**HON. THELTON E. HENDERSON** |

The parties hereby stipulate and jointly request that the Court remove this case from the Court's ADR program.  This case is set for a judicial settlement conference with Magistrate Judge Kandis A. Westmore on April 10, 2013, and the parties wish to focus their efforts on resolving the case at that time.

The parties were scheduled to attend a mediation arranged through the Court's ADR Department on March 21, 2013.  However, on March 11, 2013, ten days before the mediation, counsel for Plaintiff notified the mediator and counsel for Defendants that they intended to withdraw as counsel of record for Plaintiff.  Based on that representation, counsel for Defendant and the mediator agreed to take the March 21, 2013 mediation off-calendar.

Counsel for Plaintiff subsequently indicated that they were not withdrawing from representation, but there was insufficient time to reschedule the mediation prior to the March 29, 2013 completion deadline.

The parties then attended a joint telephone conference with Howard Herman of the ADR department on April 1, 2013.  During the call, the parties agreed that in light of the settlement conference, set for April 10, 2013, the best use of judicial resources was to proceed with the settlement conference and request the Court to remove the case from the ADR program.

For the foregoing reasons, the parties hereby request that this matter be removed from the Court's ADR program.

IT IS SO STIPULATED.

Dated: April 4, 2013                                   **HYDE & SWIGART**



By:  /s/ Robert L. Hyde
     Robert L. Hyde, Esq.
     Attorneys for Plaintiff



IT IS SO ORDERED
04/08/2013
Judge Thelton E. Henderson

1  Dated: April 4, 2013                              **Simmonds & Narita, LLP**

2

3                                                     By:   /s/ Tomio B. Narita
                                                          Tomio B. Narita, Esq.
4                                                         Attorneys for Defendants

5

6

7

8                                       **Signature Certification**

9        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

10  Policies and Procedures Manual, I hereby certify that the content of this document

11  is acceptable to Tomio B. Narita counsel for the Defendants, and that I have

12  obtained Mr. Narita's authorization to affix his electronic signature to this

13  document.

14  Dated: April 4, 2013                              **HYDE & SWIGART**

15

16                                                    By:   /s/ Robert L. Hyde
                                                          Robert L. Hyde, Esq.
17                                                        Attorneys for Plaintiff