Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Desiree D. Nguyen (SBN: 278811)
desiree@westcoastlitigation.com
**Hyde & Swigart**
605 Market St., Ste. 1200
San Francisco, CA 94105-3214
Telephone:   (415) 495-7770
Facsimile:    (415) 495-7773


Attorneys for Plaintiff,

Lindsey A. Morgan (SBN: 274214)
lmorgan@snllp.com
Tomio B. Narita (SBN: 156576)
tnarita@snllp.com
**Simmonds & Narita LLP**
44 Montgomery St., Ste. 3010
San Francisco, CA 94104
Telephone:   (415) 283-1000
Facsimile:    (415) 352-2625


Attorneys for Defendants,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LANDER | **CASE NO: 12-CV-01867-TEH** |
| PLAINTIFF, | **JOINT MOTION TO REMOVE ACTION FROM ALTERNATIVE DISPUTE RESOLUTION PROGRAM** |
| V. | |
| HUNT & HENRIQUES; PORTFOLIO RECOVERY ASSOCIATES, LLC. | **HON. THELTON E. HENDERSON** |
| DEFENDANT. | |

HYDE & SWIGART
San Diego, California

1    The parties hereby stipulate and jointly request that the Court remove this
2    case from the Court's ADR program.   This case is set for a judicial settlement
3    conference with Magistrate Judge Kandis A. Westmore on April 10, 2013, and the
4    parties wish to focus their efforts on resolving the case at that time.

5    The parties were scheduled to attend a mediation arranged through the
6    Court's ADR Department on March 21, 2013.   However, on March 11, 2013, ten
7    days before the mediation, counsel for Plaintiff notified the mediator and counsel
8    for Defendants that they intended to withdraw as counsel of record for Plaintiff.
9    Based on that representation, counsel for Defendant and the mediator agreed to take
10   the March 21, 2013 mediation off-calendar.

11   Counsel for Plaintiff subsequently indicated that they were not withdrawing
12   from representation, but there was insufficient time to reschedule the mediation
13   prior to the March 29, 2013 completion deadline.

14   The parties then attended a joint telephone conference with Howard Herman
15   of the ADR department on April 1, 2013.   During the call, the parties agreed that in
16   light of the settlement conference, set for April 10, 2013, the best use of judicial
17   resources was to proceed with the settlement conference and request the Court to
18   remove the case from the ADR program.

19   For the foregoing reasons, the parties hereby request that this matter be
20   removed from the Court's ADR program.

21
22   IT IS SO STIPULATED.

23
24   Dated: April 4, 2013                                    **HYDE & SWIGART**

25                                                           By:  _/s/ Robert L. Hyde___
26                                                                 Robert L. Hyde, Esq.
27                                                                 Attorneys for Plaintiff
28



UNITED STATES DISTRICT COURT
04/08/2013
IT IS SO ORDERED
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA

**HYDE & SWIGART**
San Diego, California

Dated: April 4, 2013

**Simmonds & Narita, LLP**

By: _/s/ Tomio B. Narita_____
Tomio B. Narita, Esq.
Attorneys for Defendants

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Tomio B. Narita counsel for the Defendants, and that I have obtained Mr. Narita's authorization to affix his electronic signature to this document.

Dated: April 4, 2013

**HYDE & SWIGART**

By: _/s/ Robert L. Hyde____
Robert L. Hyde, Esq.
Attorneys for Plaintiff